AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__                                District of            __ALABAMA__

JOSE MARTINEZ AND
GUILLERMINA MARTINEZ,
Plaintiffs,                                    **SUMMONS IN A CIVIL ACTION**
     V.
WILEY SANDERS TRUCK LINES, INC.
AND LISA PAPIANI, ET AL.

CASE NUMBER: 2:08-CV-137-WKW

TO: (Name and address of Defendant)
   Wiley Sanders Truck Lines, Inc.
   100 Sanders Road
   Troy, AL  36079-2501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
   Benjamin H. Farrow
   The Anderson Law Firm, L.L.C.
   7515 Halcyon Pointe Drive
   Montgomery, AL  36117
   Telephone:  (334) 272-9880
   Facsimile:  (334) 272-2551

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    3/3/08
CLERK                                                 DATE

(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                       Date                         *Signature of Server*

                                                _____
                                                *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JOSE MARTINEZ AND
GUILLERMINA MARTINEZ,
Plaintiffs,
V.
WILEY SANDERS TRUCK LINES, INC.
AND LISA PAPIANI, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-137-WKW

TO: (Name and address of Defendant)

Lisa Papianni
40 Cottonhill Road #12
Eufaula, AL  36027-3981

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin H. Farrow
The Anderson Law Firm, L.L.C.
7515 Halcyon Pointe Drive
Montgomery, AL  36117
Telephone:  (334) 272-9880
Facsimile:  (334) 272-2551

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK _(signature)_           DATE  3/3/08

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                          *Signature of Server*

                                         _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.