**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION**

| | |
|---|---|
| JOSE MARTINEZ, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case Number: 2:08-CV-137-WKW |
| ) | |
| WILEY SANDERS TRUCK ) | |
| LINES, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

**MOTION TO APPEAR *PRO HAC VICE***

COMES NOW Jeremy Coe, and files this Motion to Appear *Pro Hac Vice* on behalf of Plaintiffs, Jose Martinez and Guillermina Martinez, in this matter, and states as follows:

1. Jeremy Coe ("Applicant") resides at 856 County Road 236 East, Henderson, Rusk County, Texas 7565; with the telephone number of (903) 392-0057.

2. Applicant is an attorney and practices law under the name of The Law Office of Jeremy Coe located at 103 North Main Street, Henderson, Rusk County, Texas 75652, with the telephone number of (903) 655-7733 and e-mail address jcoe@coe-law-office.com.

3. Applicant has been retained personally by Jose Martinez to provide legal representation in connection with the above-styled matter now pending before the above-named United States District Court.

4. Applicant has been, and presently is, a member in good standing of the Bar of the State of Texas since November, 1998 where applicant regularly practices law.

5. Applicant has been admitted to practice before the United States District Court, Eastern District of Texas since May, 2000.

6. Applicant has been, and presently is, a member in good standing of the United States District Court, Eastern District of Texas. (Applicant's Certificate of Good Standing is attached hereto as Exhibit "A")

7. Applicant will adhere to this Court's Local Rules, the Alabama Rules of Professional Conduct, the Alabama Standards for Imposing Lawyer Discipline, and, to the extent not inconsistent with the preceding, the American Bar Association Model Rules of Professional Conduct.

8. Applicant consents to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of or in the preparation for such a proceeding which is a violation of this Court's Local Rules and/or the Rules of Professional Conduct adopted by the Court.

Respectfully submitted this 2nd day of April, 2008.

/s/ Jeremy Coe
Jeremy Coe
Texas Bar No.: 24007016

**Law Office of Jeremy Coe**
Post Office Box 1301
103 North Main Street
Henderson, Texas 75653-1301
(903) 655-7733
(903) 655-7734 facsimile

ATTORNEY FOR PLAINTIFFS JOSE MARTINEZ
AND GUILLERMINA MARTINEZ.

By: /s/ Benjamin H. Farrow
Benjamin H. Farrow (4752)
Alabama Bar No. ASB-4752-O74B

**The Anderson Law Firm, L.L.C.**
7515 Halcyon Pointe Drive
Montgomery, Alabama 36117
(334) 272-9880
(334) 272-2551 Facsimile
e-mail:  bfarrow@theandersonlawfirm.com

Attorneys for Plaintiffs

Case 2:08-cv-00137-WKW-SRW   Document 8   Filed 04/02/2008   Page 3 of 3

# EXHIBIT A



# UNITED STATES DISTRICT COURT
## Eastern District of Texas

## *Certificate of Good Standing*

I, David J. Maland, Clerk of this Court, certify that

**JEREMY DANIEL COE**

was duly admitted to practice in this Court on

May 2, 2000 , and is in good standing

as a member of the Bar of this Court.

Dated at   Marshall, Tx

*David Maland*
───────────────
Clerk of Court

on      March 27, 2008

by *Charlene Hinton*
───────────────
Deputy Clerk

