## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system. The following CM/ECF participants will be notified electronically:

**Herman Warren Cobb**
Cobb Derrick Boyd & White
P.O. Box 2047
Dothan, AL 36302
herman@cobbfirm.com

**Leon Augustus Boyd, V**
Cobb Derrick Boyd & White
P.O. Box 2047
Dothan, AL 36302-2047
bo@cobbfirm.com

and I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Jeremy Daniel Coe**
Law Offices of Jeremy Coe
P.O. Box 1301
Henderson, TX 75653-1301

          s/ Benjamin H. Farrow
          **BENJAMIN H. FARROW (4752)**