```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004529
Cashier ID: brobinso
Transaction Date: 04/02/2008
Payer Name: ANDERSON LAW FIRM
----------------------------------------
PRO HAC VICE
 For: JEREMY DANIEL COE
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:      $50.00
----------------------------------------
CHECK
 Check/Money Order Num: 5457
 Amt Tendered:  $50.00
----------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

2:08CV137
```