IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| JOSE MARTINEZ, | * | |
| and GUILLERMINA MARTINEZ, | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | 2:08-CV-137-WKW |
| | * | |
| WILEY SANDERS TRUCK LINES, | * | |
| INC., and LISA M. PAPIANNI, et al., | * | |
| | * | |
| Defendants. | * | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Wiley Sanders Truck Lines, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Wiley Sanders Truck Lines, Inc. is an Alabama domestic corporation. The sole stockholder of the company is Wiley C. Sanders, Jr.

ATTORNEYS FOR DEFENDANT,
WILEY SANDERS TRUCK LINES,
INC.

/s/ Leon A. Boyd, V
LEON A. BOYD, V (BOY035)
HERMAN COBB (COB004)

OF COUNSEL:
COBB, DERRICK, BOYD & WHITE
206 N. Lena Street
Post Office Box 2047
Dothan, Alabama 36302-2047
(334) 677-1000  (334) 699-3500 (fax)

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed or via electronic means on this the 4th day of April, 2008.

Jeremy Coe, Esq.
PO Box 1301
Henderson, TX 75653-1301

Benjamin H. Farrow, Esq.
7515 Halcyon Pointe Drive
Montgomery, AL 36117

                                                /s/ Leon A. Boyd, V
                                                OF COUNSEL