IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSE MARTINEZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:08-cv-0137-WKW |
| ) | |
| WILEY SANDERS TRUCK ) | |
| LINES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the motion for admission *pro hac vice* (Doc. # 8) by the plaintiffs' counsel, Jeremy Coe, it is ORDERED that the motion is GRANTED.

DONE this 7th day of April, 2008.

                                                     /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE