IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| JOSE MARTINEZ, | * | |
| and GUILLERMINA MARTINEZ, | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | 2:08-CV-137-WKW |
| | * | |
| WILEY SANDERS TRUCK LINES, | * | |
| INC., and LISA M. PAPIANNI, et al., | * | |
| | * | |
| Defendants. | * | |

**REPORT OF PARTIE'S RULE 26 (F) MEETING**

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on the 16th day of April, 2008 at the offices of Cobb. Derrick, Boyd & White located at 206 N. Lena St., Dothan, AL 36302 and was attended by:

    1. Benjamin Farrow for the Plaintiffs.

    2. Leon A. Boyd, V, for the Defendants.

2.  **Synopsis of Case and Defenses Thereto**:

The Plaintiffs make claim for negligence and wantonness relating to an automobile accident that occurred on February 25, 2006 in Rayville, Louisiana. The Plaintiffs contend that Defendants Lisa Papianni and Wiley Sanders Truck Lines, Inc negligently and/or wantonly caused said motor vehicle accident that resulted in personal injuries and damages to the Plaintiffs.

Defendants deny that they were negligent or wanton and have pled the affirmative defenses of contributory negligence, assumption of the risk and sudden emergency, among others. Defendants also deny that the Plaintiffs were injured and/or damaged to the extent and severity alleged.

3.      **Pre-Discovery Disclosures.**

The parties will exchange, on or before **Thursday, May 15, 2008,** the information required by local rule 26.1(a)(1) and Local Rule LR 26.1(a)(1).

4.      **Discovery Plan.**

The parties jointly propose to the Court the following discovery plan:

Discovery will be needed with respect to the basis of the plaintiff's claims, and with respect to the basis of the defendants' defenses;

All discovery commenced in time to be completed by **Wednesday, April 1, 2009**

Maximum of 45 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admissions by each party to any other party. Responses due 30 days after service.

Maximum of 8 depositions by plaintiff and 8 by each defendant.
Each deposition limited to a maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

　　　from the plaintiffs on or before **Friday, February 13, 2009**
　　　from the defendant(s) on or before **Friday, March 29, 2009**

Supplementation under Rule 26(e) due on or before **Friday, April 24, 2009**.

5.      **Other Items.**

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a Pretrial conference on **Friday, May 1, 2009**.

The Plaintiffs shall be allowed until **Friday, October 3, 2008** to join additional parties or to amend the pleadings.

All potentially dispositive motions should be filed by **Friday, February 6, 2009**.

Settlement cannot fully be evaluated prior to the completion of all discovery, although the parties, through counsel, shall explore the potential for settlement.

Final lists of witnesses and exhibits under Rule 26 (a) (3) should be due:

from Plaintiff 30 days prior to trial.
From Defendants 30 days before trial

The Parties should have 10 days after service of final witness/exhibit lists to object under Rule 26 (a) (3).

The case should be ready for trial by any time during this Court's **June 1, 2009**, civil jury term and at this time it is expected to take approximately 3-4 trial days.

Date:   April 16, 2008.


Respectfully Submitted,

s/ Benjamin H. Farrow
Attorney for the Plaintiffs
7515 Halcyon Pointe Drive
Montgomery, AL 36117
(334) 272-9880         phone
(334) 272-2551         Fax
bfarrow@theandersonlawfirm.com


s/ Leon A. Boyd, V
Attorney for the Defendants
Leon A. Boyd, V
P.O. Box 2047
Dothan, AL 36302
(334) 677-1000         phone
(334) 699-3500         fax
Bo@cobbfirm.com